**ORIGINAL**

LESLIE K. ICZKOVITZ # 2393
Law Offices of Leslie K. Iczkovitz
1350 Ala Moana Boulevard, Suite 1508
Honolulu HI 96814
Tel: (808) 523-8449
Fax: (808) 356-0832
Email: lesisko@aol.com

*Of Counsel*
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 16 2011
at 3 o'clock and 30 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES BALL, | Case No.: CV.11 00497 SOM BMK |
| Plaintiff, | |
| v. | Hon. |
| NATIONAL RECOVERY SERVICES, | PLAINTIFF'S VERIFIED COMPLAINT |
| Defendant. | SUMMONS |

**PLAINTIFF'S VERIFIED COMPLAINT**

Plaintiff, JAMES BALL ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., against Defendant, NATIONAL RECOVERY SERVICES ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

3. Because Defendant conducts business in Hawaii, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

## PARTIES

5. Plaintiff is a natural person who resides in Kihei, Hawaii and is allegedly obligated to pay a debt, and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

6. Pursuant to the definitions outlined in *15 U.S.C. 1692a(1-6)*, Defendant is a debt collector and sought to collect a consumer debt from Plaintiff which was allegedly due and owing from Plaintiff.

7. Defendant is a debt collector with an office in Ottawa, Kansas.

8. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

9. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

10. In or around May of 2011, Defendant began constantly and continuously placing collections calls to Plaintiff in connection with an alleged debt.

PLAINTIFF'S VERIFIED COMPLAINT

2

11. Plaintiff has informed Defendant that he is absolutely unable to pay any amount at this time, and that calls are to cease.

12. Despite this, Defendant continues to call Plaintiff on a daily basis.

13. Plaintiff frequently receives calls from Defendant around 6 o'clock antemeridian, local time.

14. The area code on Plaintiff's phone is for a region located in the Pacific time zone.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(1)* of the FDCPA by communicating with Plaintiff at a time known or which should be known to be inconvenient.

   b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   c. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff is telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

18. Statutory damages of $1000.00, pursuant to the FDCPA, 15 U.S.C. 1692k.

19. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

20. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

Dated: July 29, 2011      By: /s/ Leslie K. Iczkovitz
                                      Leslie K. Iczkovitz, Esq.
                                      1350 Ala Moana Blvd.
                                      Suite 1508
                                      Honolulu, HI 969814
                                      PH: 808-523-8449
                                      FX: 808-356-0832
                                      Attorney for Plaintiff