LESLIE K. ICZKOVITZ  # 2393
Law Offices of Leslie K. Iczkovitz
1350 Ala Moana Boulevard, Suite 1508
Honolulu HI 96814
Tel: (808) 523-8449
Fax: (808) 356-0832
Email: lesisko@aol.com

*Of Counsel*
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES BALL, | Case No.: 1:11-cv-497-SOM-BMK |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| NATIONAL RECOVERIES INC., | |
| Defendant. | |

Plaintiff, JAMES BALL, by and through his attorney, Leslie K. Iczkovitz, hereby voluntarily dismisses the above-entitled case without prejudice.

RESPECTFULLY SUBMITTED,

Dated: December 16, 2011         By: /s/ Leslie K. Iczkovitz
                                 Leslie K. Iczkovitz, Esq.
                                 1350 Ala Moana Blvd.
                                 Suite 1508
                                 Honolulu, HI 969814
                                 PH: 808-523-8449
                                 FX: 808-356-0832
                                 Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 16, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was sent by USPA and also electronic mail to the following:

John Trautmann  
National Recoveries, Inc.  
277 Coon Rapids Blvd #401  
Coon Rapids, MN 55433  
(763)390-1655  
jtrautman@nationalrecoveries.com  

                                               By: /s/ Leslie K. Iczkovitz  
                                                  Leslie K. Iczkovitz, Esq